Form clsnodsc – ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  13–15474–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edwin Fontanez                          Juanita Reyes–Fontanez
686 Harding Hwy                         aka Wanda Reyes–Fontanez
Vineland, NJ 08360–9150                 686 Harding Hwy
                                        Vineland, NJ 08360–9150

Social Security No.:
    xxx–xx–1232                                 xxx–xx–2591
Employer's Tax I.D. No.:

---

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above–named case will be closed without entry of discharge on or after September 7, 2018 for the reason(s) indicated below.

☑  Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑  Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑  Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑  Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: August 8, 2018
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Edwin Fontanez
Juanita Reyes-Fontanez
      Debtors

Case No. 13-15474-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Aug 08, 2018
                   Form ID: clsnodsc      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
db/jdb      Edwin Fontanez,    Juanita Reyes-Fontanez,    686 Harding Hwy,    Vineland, NJ   08360-9150

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2018 23:34:15    U.S. Attorney,    970 Broad St.,
           Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 23:34:12      United States Trustee,
           Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
           Newark, NJ 07102-5235

                                                           TOTAL: 2

         ***** BYPASSED RECIPIENTS *****
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
         Brian C. Nicholas    on behalf of Creditor    U.S. Bank National Association, as Trustee for the
         Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates
         Series 2007-BC2 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
         Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicing agent for
         U.S. Bank, National Association, as Trustee for the Holders of the Specialty Underwriting and
         Residential Finance Trust, Mortgage Loan Asset-Backed Certi cmecf@sternlav.com
         Rex J. Roldan    on behalf of Debtor Edwin   Fontanez roldanlaw@comcast.net,
         r43760@notify.bestcase.com
         Rex J. Roldan    on behalf of Joint Debtor Juanita   Reyes-Fontanez roldanlaw@comcast.net,
         r43760@notify.bestcase.com

                                                           TOTAL: 6