Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 13−15474−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Edwin Fontanez
686 Harding Hwy
Vineland, NJ 08360−9150

Juanita Reyes−Fontanez
aka Wanda Reyes−Fontanez
686 Harding Hwy
Vineland, NJ 08360−9150

Social Security No.:
xxx−xx−1232                    xxx−xx−2591

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: September 7, 2018
JAN: lgr

    Jeanne Naughton
    Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                       Case No. 13-15474-JNP
Edwin Fontanez                                               Chapter 13
Juanita Reyes-Fontanez
      Debtors
                            CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin               Page 1 of 2              Date Rcvd: Sep 07, 2018
                              Form ID: cscnodsc         Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2018.
db/jdb         Edwin Fontanez,    Juanita Reyes-Fontanez,    686 Harding Hwy,    Vineland, NJ 08360-9150
cr            +Nationstar Mortgage LLC as servicing agent for U.S,    Stern, Lavinthal & Frankenberg, LLC,
                105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
513765119      AES,    PO Box 2461,    Harrisburg, PA 17105-2461
513765120      AES/Barclay Bank,    1200 N 7th St,    Harrisburg, PA 17102-1419
513765123      APS Medical Billing Specialists,    2527 Cranberry Hwy,    Wareham, MA 02571-1046
513821824     +Aargon Agency As Agent For Dj Orthopedics Llc,    Dj Orthopedics Llc,    8668 Spring Mountain Rd,
                Las Vegas, NV 89117-4132
513765118     +Aargon Agency, Inc.,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
513765121     +Akron Billing Center,    2620 Ridgewood Rd Ste 300,    Akron, OH 44313-3507
513765122      Apex Asset Management, LLC,    1891 Santa Barbara Dr Ste 204,    Lancaster, PA 17601-4106
513765124      Associated Cardiovascular Consultants,    63 Kresson Rd Ste 101,    Cherry Hill, NJ 08034-3200
513765125     +Associated Cardiovascular Consultants,    730 N Broad Street,    Woodbury, NJ 08096-1796
513765126      Bank Of America Home Loans Servicing, LP,    ATTN: Customer Service,    PO Box 5170,
                Simi Valley, CA 93062-5170
513832640     +Barclays Bank,    AES/PHEAA,    PO Box 8183,    Harrisburg, PA 17105-8183
514069199     +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
514069076     +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
513765129      Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
513765130      Cardmember Services,    PO Box 5894,    Carol Stream, IL 60197-5894
513765131      Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
513765132      City Of Vineland EMS,    PO Box 1508,    Vineland, NJ 08362-1508
513765133      Cooper Gastroenterology,    3 Cooper Plz Rm 215,    Camden, NJ 08103-1438
513765136      DJO, LLC,    PO Box 515471,    Los Angeles, CA 90051-6771
515345816     +ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
515345817     +ECMC,    PO BOX 16408,    St. Paul, MN 55116,     ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
513765137      EMA Recovery Services, Inc.,    PO Box 3129,    Secaucus, NJ 07096-3129
513765138     +Emerg Phy Assoc Of S.Jersey, PC,    2620 Ridgewood Rd Ste 300,    Akron, OH 44313-3527
513765139      FCC Finance, LLC,    PO Box 795489,    Dallas, TX 75379-5489
513940108     +FCC Finance, LLC as servicer for FCC,    Investment Trust I,    PO Box 795489,
                Dallas, TX 75379-5489
513765140      Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
513765142      HRRG,    PO Box 189053,    Fort Lauderdale, FL 33318-9053
513765143      HSBC Card Services,    PO Box 81622,    Salinas, CA 93912-1622
513765141      Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
513765144      Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
513765145      LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
513765146      Lourdes Anes Assoc PA,    PO Box 8505,    Cherry Hill, NJ 08002-0505
513765147      Lourdes Cardiology Services, P.C.,    63 Kresson Rd Ste 101,    Cherry Hill, NJ 08034-3200
513765148      Lourdes Imaging Assoc, PA,    PO Box 95000-2840,    Philadelphia, PA 19195-2840
513765149      Lourdes Medical Associates,    500 Grove St,    Haddon Heights, NJ 08035-1761
515424502    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
513765154      Our Lady Of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
513765155      Our Lady Of Lourdes Medical Center/WFS,    100 Front St Ste 1,    Delran, NJ 08075-1181
513882886     +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
513882887     +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105,    PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
513765156      Radiology Assoc Of New Jersey, PC,    PO Box 229,    Mount Laurel, NJ 08054-0229
513765157      South Jersey Healthcare,    333 Irving Ave,    Bridgeton, NJ 08302-2123
513765158      South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
513765159      Target National Bank,    C/O Target Credit Services,    PO Box 1581,
                Minneapolis, MN 55440-1581
514079057     +U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR TH,    c/o Zucker Goldberg & Ackerman,
                200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
513765160     +Widener University,    1 University Pl,    Chester, PA 19013-5792
513887805      eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
513887806      eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262,
                eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 07 2018 22:59:59      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 07 2018 22:59:56      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
513765127      E-mail/Text: info@chcollects.com Sep 07 2018 23:00:47      C&H Collection Services Inc.,
                PO Box 1399,    Merchantville, NJ 08109-0399
513765128      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 07 2018 22:57:57      Capital One,
                PO Box 30285,    Salt Lake City, UT 84130-0285
513765134      E-mail/Text: legal-dept@cooperhealth.edu Sep 07 2018 22:59:58      Cooper University Physicians,
                PO Box 95000-4345,    Philadelphia, PA 19195-0001
513765135      E-mail/Text: heatherg@masnj.net Sep 07 2018 23:00:06      Cumberland Medical Associates,
                1206 W Sherman Ave,    Vineland, NJ 08360-6911
```

```
District/off: 0312-1           User: admin              Page 2 of 2                 Date Rcvd: Sep 07, 2018
                               Form ID: cscnodsc        Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
513765150         E-mail/Text: mmrgbk@miramedrg.com Sep 07 2018 23:00:00      MiraMed Revenue Group, LLC,
                   PO Box 536,    Linden, MI  48451-0536
513765153         E-mail/Text: egssupportservices@alorica.com Sep 07 2018 23:00:09
                   NCO Financial Systems, Inc.,    507 Prudential Rd,   Horsham, PA  19044-2308
513765152         E-mail/Text: Bankruptcies@nragroup.com Sep 07 2018 23:00:50      National Recovery Agency,
                   2491 Paxton St,    Harrisburg, PA  17111-1036
514870664         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 07 2018 22:58:00
                   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514870665         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 07 2018 23:20:11
                   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
                   Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514080435         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 07 2018 23:20:03
                   Portfolio Recovery Associates, LLC,    c/o Chase Bank Usa, N.a.,   POB 41067,
                   Norfolk VA 23541
513824793        +E-mail/Text: bncmail@w-legal.com Sep 07 2018 23:00:07      TD BANK USA, N.A.,
                   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513765151*       Apex Asset Management, LLC,    1891 Santa Barbara Dr Ste 204,    Lancaster, PA  17601-4106
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2018 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    U.S. Bank National Association, as Trustee for the
               Speciality Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates
               Series 2007-BC2 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicing agent for
               U.S. Bank, National Association, as Trustee for the Holders of the Specialty Underwriting and
               Residential Finance Trust, Mortgage Loan Asset-Backed Certi cmecf@sternlav.com
              Rex J. Roldan    on behalf of Debtor Edwin   Fontanez roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              Rex J. Roldan    on behalf of Joint Debtor Juanita   Reyes-Fontanez roldanlaw@comcast.net,
               r43760@notify.bestcase.com
                                                                                              TOTAL: 6
```