Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  13–15474–JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Edwin Fontanez                            Juanita Reyes–Fontanez
  686 Harding Hwy                       aka Wanda Reyes–Fontanez
  Vineland, NJ 08360–9150            686 Harding Hwy
                                            Vineland, NJ 08360–9150

Social Security No.:
  xxx–xx–1232                                 xxx–xx–2591

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 29, 2020</u>            <u>Jerrold N. Poslusny Jr.</u>
                                         Judge, United States Bankruptcy Court