UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rex J. Roldan, Esquire (RR7961)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425   Fax (856) 232-1025
Attorney for Debtors

Order Filed on January 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

EDWIN FONTANEZ and JUANITA REYES-FONTANEZ

Case No.: 13-15474 (JNP)

Hearing Date: January 28, 2020

Judge: Jerrold N. Poslusny, Jr.

Chapter: 13

Recommended Local Form:  ☒ Followed   ☐ Modified

**ORDER REOPENING CASE**

The relief set forth on the following page is **ORDERED**.

**DATED: January 28, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of ___debtors, Edwin Fontanez and Juanita Reyes-Fontanez___, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❑ A Trustee shall be appointed.

   ❑ A Trustee shall not be appointed.

3. ❑ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within _____ days for closing eligibility. The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 13-15474-JNP
Edwin Fontanez                                                  Chapter 13
Juanita Reyes-Fontanez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Jan 28, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2020.
db/jdb         Edwin Fontanez,    Juanita Reyes-Fontanez,    686 Harding Hwy,    Vineland, NJ   08360-9150

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    U.S. Bank National Association, as Trustee for the
               Speciality Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates
               Series 2007-BC2 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicing agent for
               U.S. Bank, National Association, as Trustee for the Holders of the Specialty Underwriting and
               Residential Finance Trust, Mortgage Loan Asset-Backed Certi cmecf@sternlav.com
              Rex J. Roldan    on behalf of Debtor Edwin  Fontanez roldanlaw@comcast.net,    roldanlaw1@gmail.com
              Rex J. Roldan    on behalf of Joint Debtor Juanita  Reyes-Fontanez roldanlaw@comcast.net,
               roldanlaw1@gmail.com
                                                                                             TOTAL: 6