**Information to identify the case:**

| | |
|---|---|
| Debtor 1: Edwin Fontanez (First Name  Middle Name  Last Name) | Social Security number or ITIN  xxx–xx–1232<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): Juanita Reyes–Fontanez (First Name  Middle Name  Last Name) | Social Security number or ITIN  xxx–xx–2591<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | |
| Case number:  13–15474–JNP | |

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edwin Fontanez

Juanita Reyes–Fontanez
aka Wanda Reyes–Fontanez

1/29/20

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-15474-JNP
Edwin Fontanez                                                      Chapter 13
Juanita Reyes-Fontanez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Jan 29, 2020
                              Form ID: 3180W           Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
```
db/jdb         Edwin Fontanez,   Juanita Reyes-Fontanez,    686 Harding Hwy,    Vineland, NJ  08360-9150
cr            +Nationstar Mortgage LLC as servicing agent for U.S,   Stern, Lavinthal & Frankenberg, LLC,
                105 Eisenhower Parkway,   Suite 302,    Roseland, NJ 07068-1640
513765119      AES,   PO Box 2461,   Harrisburg, PA 17105-2461
513765120      AES/Barclay Bank,   1200 N 7th St,    Harrisburg, PA 17102-1419
513765123      APS Medical Billing Specialists,    2527 Cranberry Hwy,    Wareham, MA 02571-1046
513765121     +Akron Billing Center,   2620 Ridgewood Rd Ste 300,    Akron, OH 44313-3507
513765122      Apex Asset Management, LLC,    1891 Santa Barbara Dr Ste 204,    Lancaster, PA 17601-4106
513765125     +Associated Cardiovascular Consultants,    730 N Broad Street,    Woodbury, NJ 08096-1796
513765124      Associated Cardiovascular Consultants,    63 Kresson Rd Ste 101,   Cherry Hill, NJ 08034-3200
513832640     +Barclays Bank,   AES/PHEAA,    PO Box 8183,   Harrisburg, PA 17105-8183
514069199     +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,   Norfolk, VA 23541-0907
514069076     +CAPITAL ONE, N.A.,    PO Box 12907,   Norfolk, VA 23541-0907
513765132      City Of Vineland EMS,    PO Box 1508,   Vineland, NJ 08362-1508
513765133      Cooper Gastroenterology,    3 Cooper Plz Rm 215,   Camden, NJ 08103-1438
513765136      DJO, LLC,   PO Box 515471,    Los Angeles, CA 90051-6771
513765137      EMA Recovery Services, Inc.,    PO Box 3129,    Secaucus, NJ 07096-3129
513765138     +Emerg Phy Assoc Of S.Jersey, PC,    2620 Ridgewood Rd Ste 300,   Akron, OH 44313-3527
513765139      FCC Finance, LLC,   PO Box 795489,    Dallas, TX 75379-5489
513940108     +FCC Finance, LLC as servicer for FCC,   Investment Trust I,    PO Box 795489,
                Dallas, TX 75379-5489
513765140      Financial Recoveries,    PO Box 1388,   Mount Laurel, NJ 08054-7388
513765142      HRRG,   PO Box 189053,    Fort Lauderdale, FL 33318-9053
513765141      Home Depot Credit Services,    PO Box 790328,   Saint Louis, MO 63179-0328
513765144      Kennedy Health System,    PO Box 48023,   Newark, NJ 07101-4823
513765145      LabCorp,   PO Box 2240,   Burlington, NC 27216-2240
513765146      Lourdes Anes Assoc PA,    PO Box 8505,   Cherry Hill, NJ 08002-0505
513765147      Lourdes Cardiology Services, P.C,    63 Kresson Rd Ste 101,    Cherry Hill, NJ 08034-3200
513765148      Lourdes Imaging Assoc, PA,    PO Box 95000-2840,   Philadelphia, PA 19195-2840
513765149      Lourdes Medical Associates,    500 Grove St,   Haddon Heights, NJ 08035-1761
515424502     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,   Dallas, TX 75261-9741)
513765154      Our Lady Of Lourdes Medical Center,    PO Box 822099,    Philadelphia, PA 19182-2099
513765155      Our Lady of Lourdes Medical Center/WFS,    100 Front St Ste 1,   Delran, NJ 08075-1181
513882886     +PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
513882887     +PHEAA,   PO BOX 8147,   HARRISBURG PA 17105,    PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
513765156      Radiology Assoc Of New Jersey, PC,    PO Box 229,   Mount Laurel, NJ 08054-0229
513765157      South Jersey Healthcare,    333 Irving Ave,   Bridgeton, NJ 08302-2123
513765158      South Jersey Radiology Associates,    PO Box 1710,   Voorhees, NJ 08043-7710
514079057     +U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR TH,   c/o Zucker Goldberg & Ackerman,
                200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
513765160     +Widener University,   1 University Pl,    Chester, PA 19013-5792

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2020 23:28:11     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2020 23:28:10     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
513821824     +EDI: AARGON.COM Jan 30 2020 04:03:00     Aargon Agency As Agent For Dj Orthopedics Llc,
                Dj Orthopedics Llc,   8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
513765118     +EDI: AARGON.COM Jan 30 2020 04:03:00     Aargon Agency, Inc.,   8668 Spring Mountain Rd,
                Las Vegas, NV 89117-4132
513765126      EDI: BANKAMER.COM Jan 30 2020 04:03:00     Bank Of America Home Loans Servicing, LP,
                ATTN: Customer Service,   PO Box 5170,    Simi Valley, CA 93062-5170
513765127      E-mail/Text: info@chcollects.com Jan 29 2020 23:28:39     C&H Collection Services Inc.,
                PO Box 1399,   Merchantville, NJ 08109-0399
513765128      EDI: CAPITALONE.COM Jan 30 2020 04:03:00     Capital One,   PO Box 30285,
                Salt Lake City, UT 84130-0285
513765129      EDI: CHASE.COM Jan 30 2020 04:03:00     Cardmember Service,   PO Box 15298,
                Wilmington, DE 19850-5298
513765130      EDI: HFC.COM Jan 30 2020 04:03:00     Cardmember Services,   PO Box 5894,
                Carol Stream, IL 60197-5894
513765131      EDI: CITICORP.COM Jan 30 2020 04:03:00     Citi Cards,   PO Box 6500,
                Sioux Falls, SD 57117-6500
513765134      E-mail/Text: legal-dept@cooperhealth.edu Jan 29 2020 23:28:11     Cooper University Physicians,
                PO Box 95000-4345,   Philadelphia, PA 19195-0001
513765135      E-mail/Text: heatherg@masnj.net Jan 29 2020 23:28:16     Cumberland Medical Associates,
                1206 W Sherman Ave,   Vineland, NJ 08360-6911
515345817     +EDI: ECMC.COM Jan 30 2020 04:03:00     ECMC,   PO BOX 16408,   St. Paul, MN 55116,   ECMC,
                PO BOX 16408,   St. Paul, MN 55116-0408
515345816     +EDI: ECMC.COM Jan 30 2020 04:03:00     ECMC,   PO BOX 16408,   St. Paul, MN 55116-0408
```

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Jan 29, 2020
                              Form ID: 3180W           Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
513765143         EDI: HFC.COM Jan 30 2020 04:03:00      HSBC Card Services,   PO Box 81622,
                  Salinas, CA  93912-1622
513765150         E-mail/Text: mmrgbk@miramedrg.com Jan 29 2020 23:28:12      MiraMed Revenue Group, LLC,
                  PO Box 536,   Linden, MI  48451-0536
513765153         E-mail/Text: egssupportservices@alorica.com Jan 29 2020 23:28:17
                  NCO Financial Systems, Inc.,   507 Prudential Rd,   Horsham, PA  19044-2308
513765152         E-mail/Text: Bankruptcies@nragroup.com Jan 29 2020 23:28:40      National Recovery Agency,
                  2491 Paxton St,   Harrisburg, PA  17111-1036
514870664         EDI: PRA.COM Jan 30 2020 04:03:00      Portfolio Recovery Associates, LLC,   POB 41067,
                  Norfolk, VA 23541
514870665         EDI: PRA.COM Jan 30 2020 04:03:00      Portfolio Recovery Associates, LLC,   POB 41067,
                  Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
514080435         EDI: PRA.COM Jan 30 2020 04:03:00      Portfolio Recovery Associates, LLC,
                  c/o Chase Bank Usa, N.a.,   POB 41067,   Norfolk VA 23541
513824793        +E-mail/Text: bncmail@w-legal.com Jan 29 2020 23:28:17      TD BANK USA, N.A.,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
513765159         EDI: WTRRNBANK.COM Jan 30 2020 04:03:00      Target National Bank,   C/O Target Credit Services,
                  PO Box 1581,   Minneapolis, MN  55440-1581
513887806         EDI: ECAST.COM Jan 30 2020 04:03:00      eCAST Settlement Corporation,   POB 29262,
                  New York NY 10087-9262,   eCAST Settlement Corporation,   POB 29262,   New York NY 10087-9262
513887805         EDI: ECAST.COM Jan 30 2020 04:03:00      eCAST Settlement Corporation,   POB 29262,
                  New York NY 10087-9262
                                                                                               TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513765151*       Apex Asset Management, LLC,   1891 Santa Barbara Dr Ste 204,   Lancaster, PA  17601-4106
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    U.S. Bank National Association, as Trustee for the
               Speciality Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates
               Series 2007-BC2 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicing agent for
               U.S. Bank, National Association, as Trustee for the Holders of the Specialty Underwriting and
               Residential Finance Trust, Mortgage Loan Asset-Backed Certi cmecf@sternlav.com
              Rex J. Roldan    on behalf of Debtor Edwin  Fontanez roldanlaw@comcast.net,    roldanlaw1@gmail.com
              Rex J. Roldan    on behalf of Joint Debtor Juanita  Reyes-Fontanez roldanlaw@comcast.net,
               roldanlaw1@gmail.com
                                                                                               TOTAL: 6
```